[No. 17097-0-I. Division One. September 21, 1987.]

DANNY MANGINI, *Appellant,* v. W. R. GRACE & COMPANY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-04215-1, Cameron K. Hopkins, J., entered August 19, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Coleman, JJ.

[No. 20477-7-I. Division One. September 21, 1987.]

*In the Matter of the Personal Restraint of*
STEPHEN SMITH, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 19315-5-I. Division One. September 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ABDULZAKAT
KHARIM ALI MUHAMMAD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-02373-5, Frank J. Eberharter, J., entered October 6, 1986. *Remanded* by unpublished per curiam opinion.

[No. 18530-6-I. Division One. September 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GLEN LESLIE
CLOYD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-04035-6, Robert M. Elston, J., entered May 19, 1986. *Dismissed* by unpublished per curiam opinion.